FILED

2010 APR 15 PM 2:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES BUCHANAN,<br><br>  Petitioner,<br><br>  v.<br><br>MATTHEW CATE, Secretary<br><br>  Respondent. | Civil No.   10-0423 BTM (NLS)<br><br>**ORDER SUA SPONTE<br>SUBSTITUTING RESPONDENT** |

Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. At the time of filing, Petitioner was apparently housed in California Correctional Institution and thus named Fernando Gonzalez, as Respondent. Petitioner has now filed a change of address indicating he is now housed at Pelican Bay State Prison.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution

///

///

///

1 of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as
2 Respondent in place of "Fernando Gonzalez." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894
3 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in
4 charge of state penal institutions).

5 **IT IS SO ORDERED.**
6 DATED: 4-14-10

Nita L. Stormes
United States Magistrate Judge