1  RICHARD C. BUCHANAN
2  C.D.C.R. NO. G-58799
   SHU/CELL D3-117
3  P.O. BOX 7500
   CRESCENT CITY, CA. 95532
4
·5  IN PRO SE



6
7
8         UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10
11  RICHARD CHARLES BUCHANAN          CIVIL NO. 10 cv 423 B1.7(NLS)

12              PETITIONER            REQUEST TO CORRECT TWO
                                      TYPO/ERRORS IN RECENTLY FILED
13       v.                           MEMORANDUM OF POINTS AND
                                      AUTHORITIES IN SUPPORT OF TRAVERSE
14  MATTHEW CATE, SECRETARY           IN 28 U.S.C. § 2,254 HABEAS CORPUS
                                      CASE.
15              RESPONDENT
                                      THE HONORABLE NITA L. STORMES
16                                    UNITED STATES MAGISTRATE JUDGE

17       TO: RESPONDENT AND CLERK OF THE COURT.

18       I, RICHARD C. BUCHANAN, DECLARE UNDER PENALTY

19  OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT:

20       1.   I AM THE PETITIONER, IN PRO SE, IN THIS ACTION;

21       2.   I AM A LAYMAN AT LAW;

22       3.   ON MAY 31, 2011, I FILED, VIA U.S. MAIL, MY

23  TRAVERSE AND MEMORANDUM OF POINTS AND AUTHORITIES

24  IN SUPPORT OF TRAVERSE IN 28 U.S.C. § 2254 HABEAS

25  CORPUS CASE, BOTH DATED MAY 30, 2011;

26       4.   AT PAGE THREE (3), LINE EIGHT (8) OF THE

27  LATTER, I.E., MEMO OF POINTS AND AUTHORITIES IN

28  SUPPORT OF TRAVERSE, I INCORRECTLY WROTE

ORIGINAL

1  "SESSION 975." THIS SHOULD BE "SESSION 925";

2  5.  AT PAGE EIGHT (8), LINE THIRTEEN (13) OF

3  SAME MEMORANDUM, I INCORRECTLY WROTE

4  "TWELVE". THIS SHOULD BE "SEVENTEEN."

5  6.  I REQUEST THE ABOVE DESCRIBED CORRECTIONS

6  BE MADE TO THE MEMORANDUM OF POINTS AND

7  AUTHORITIES IN SUPPORT OF TRAVERSE IN 28 U.S.C.

8  §2254 HABEAS CORPUS CASE NUMBER 10 CV 423 BTM

9  (NLS).

10  I DECLARE UNDER PENALTY OF PERJURY

11  UNDER THE LAWS OF THE UNITED STATES OF AMERICA

12  THAT THE FOREGOING STATEMENTS ARE TRUE AND

13  CORRECT.

14  DATED: JUNE 19, 2011

RICHARD CHARLES BUCHANAN
PETITIONER, IN PRO SE
C.D.C.R. NO. G-58799

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO CORRECT TYPO/ERRORS       10 CV 423 BTM (NLS)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _RICHARD C. BUCHANAN_, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ PELICAN BAY STATE ____ Prison,

in the county of _DEL NORTE_____,

State of California. My prison address is: _SHU/CELL D 3-117, P.O. BOX,_

_7500, CRESCENT CITY, CA. 95532_____.

On _JUNE 20, 2011_____,
(DATE)

I served the attached: _REQUEST TO CORRECT TWO TYPO/ERRORS_

_IN RECENTLY FILED MEMO OF PTS AND AUTH..._
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _JUNE 20, 2011_          _____
(DATE)                                (DECLARANT'S SIGNATURE)

_PETITIONER, IN PRO SE_
_C.D.C.R., NO. G-58799_

_ORIGINAL_

Civ-69 (Rev. 9/97)                    -9-                    ::ODMA\PCDOCS\WORDPERFECT\22832\1